IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| The Prudential Insurance Company of America<br><br>Plaintiff<br><br>vs.<br><br>Nicholas S. Bacon, et al.<br><br>Defendant | CASE NUMBER: 6:17CV-134 |

CLERK'S CERTIFICATE/ORDER

The Clerk hereby certifies that __The Prudential Insurance Company of America__ has deposited with the Court the sum of $ __113,139.30__ under F.R.Cv.P. 67. The money, designated as Registry funds, is hereby ORDERED to be deposited in an interest bearing account in accordance with the general order of this Court, entered September 23, 1983.

DONE this __11th__ day of __June__, __2018__, by Order of this Court.

SCOTT L. POFF, CLERK

By: *Linda Sharpe*
Deputy Clerk

(Rev. 9/02)

```
&%RP&%D5&%RPCourt Name: Southern District of
  Georgia
Division: 4
Receipt Number: SAV032584
Cashier ID: esharpe
Transaction Date: 06/11/2018
Payer Name: DO an CB LLP
------------------------------------
TREASURY REGISTRY
 For: The Prudential Insurance Co
 Case/Party: D-GAS-6-17-CV-000134-001
 Amount:         $113,139.30
------------------------------------
PAPER CHECK CONVERSION
 Check/Money Order Num: 3260945053
 Amt Tendered:  $113,139.30
------------------------------------
Total Due:      $113,139.30
Total Tendered: $113,139.30
Change Amt:     $0.00
```